# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, AND DAVE DISHAW,<br><br>Plaintiff,<br><br>vs.<br><br>TIM FOX, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF MONTANA,<br><br>Defendant. | Case No. CV-17-27-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 39) filed on 2/9/2018. Plaintiffs' Complaint and this action are both DISMISSED, and all relief is denied. .

Dated this 12th day of February, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk