FILED

9/26/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, and DAVE DISHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendant. | CV 17–27–H–CCL<br><br>ORDER |

Before the Court is Plaintiffs' "Motion for Attorneys' Fees and Expenses." (Doc. 45). Plaintiffs cite to Local Civil Rule 54.3(c) to support their motion. The most recent version of this Court's Local Rules became effective on Feb. 1, 2019 and contains no Rule 54.3. Local Rule 7.1 sets forth the prerequisites for filing a motion before this Court, including the requirement that the "text of the motion must state that other parties have been contacted and state whether any party objects to the motion," L.R. 7.1(c)(1) and the requirement that any opposed

motion "must be accompanied by a brief in support filed at the same time as the motion." L.R. 7.1(d)(1).

Plaintiffs having failed to comply with the aforementioned Local Rules,

IT IS HEREBY ORDERED that Plaintiffs' "Motion for Attorneys' Fees and Expenses" (Doc. 45) is DENIED without prejudice and with leave to refile.

Dated this 26th day of September, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE