FILED
10/3/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, and DAVE DISHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendant. | CV 17–27–H–CCL<br><br>ORDER |

IT IS HEREBY ORDERED that Plaintiffs' "Unopposed Motion To Transfer Consideration of Attorneys Fees on Appeal to District Court" (Doc. 47) is GRANTED, despite Plaintiffs' failure to submit a proposed order, as required by L.R. 7.1(c)(3). Counsel are reminded that both local counsel and *pro hac vice* counsel are expected to follow the local rules of this Court.

Dated this 3rd day of October, 2019.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE