IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, and DAVE DISHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendant. | CV 17–27–H–CCL<br><br>ORDER |

As the parties are aware, on appeal of this Court's October 16, 2017, order granting Defendant's motion for summary judgment, the Ninth Circuit Court of Appeals has reversed and remanded this case for further proceedings consistent with its opinion. *Victory Processing v. Fox*, 937 F.3d 1218 (9th Cir. 2019). To that end, the Court enters the following ORDER:

1. On or before **October 25, 2019**, the parties shall file statements with the Court setting forth their respective positions as to the form, necessity, and scope of further proceedings in this matter. The parties shall include in their statements estimates as to the amount of time needed to prepare for and conduct such proceedings.

2. The Court will conduct a status conference in this matter on **November 13, 2019 at 10:30 a.m.** in Courtroom II, United States Courthouse, 901 Front Street, Helena, Montana. Thereafter, the Court will issue an appropriate scheduling order governing further proceedings.

Dated this 16th day of October, 2019.

*/s/ Charles C. Lovell*
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE