UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC and DAVE DISHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendant. | Case No. CV-17-027-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs and against Defendant declaring Mont. Code Ann. § 45-8-216(1)(e) unconstitutional and enjoining further enforcement of Mont. Code Ann. § 45-8-216(1)(e).

    Dated this 8th day of November.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Julie Hollenbeck
                                      Julie Hollenbeck, Deputy Clerk