IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, and DAVE DISHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>TIM FOX, in his official capacity as Attorney General for the State of Montana,<br><br>Defendant. | CV 17–27–H–CCL<br><br><br>ORDER |

Before the Court is local counsel for Plaintiffs' Renewed Unopposed Motion to Appear Remotely, (Doc. 79), providing the Court with additional information regarding his recent exposure and his clients' consent that he be allowed to appear telephonically at the hearing scheduled for October 27, 2020. Accordingly,

IT IS HEREBY ORDERED that local counsel's Renewed Unopposed Motion to Appear Remotely at the October 27, 2020, hearing is **granted**. Counsel is requested to contact chambers for the call in telephone number at (406) 441-1350.

Dated this 26th day of October, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE