UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| VICTORY PROCESSING, LLC, AND DAVE DISHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana,<br><br>Defendant. | Case No. CV-17-027-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 93), Judgment is awarded to Plaintiffs of total fees in the amount of $195,639, non-taxable costs in the amount of $1,957.58 and taxable costs in the amount of $7,182.07.

 Dated this 16th day of February 2021.

         TYLER P. GILMAN, CLERK

         By: /s/ Heidi Gauthier
         Heidi Gauthier, Deputy Clerk